## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

H. THOMAS MORAN, II, and
JANE E. MORAN,

       Plaintiffs

v.

                                         Case No. 10-cv-00393-HE

AVON CAPITAL, LLC, a Wyoming
Limited Liability Corporation,

       Defendant.

## DEFENDANT'S DISCLOSURE STATEMENT
## IDENTIFYING CONSTITUENTS OF LLC

Pursuant to LCvR7.1.1, notice is hereby given by counsel of record for Defendant, Avon Capital, LLC of the following:

1.     Defendant Avon Capital, LLC, is a Wyoming corporation.

2.     Don Trudeau and Caroline Financial Group, Inc., are the members of Defendant Avon Capital, LLC.

3.     None of the members of Defendant Avon Capital, LLC are citizens of the adversarys' alleged state of citizenship.

Respectfully submitted,

**s/ Alan L. Rupe**
Alan L. Rupe
OBA Number: 20440
Attorney for Defendant
KUTAK ROCK LLP
1605 N. Waterfront Pkwy., Suite 150
Wichita, KS 67206
Telephone:  (316) 609.7900
Fax:  (316) 630.8021

alan.rupe@kutakrock.com

6305 Waterford Blvd., Suite 475
Oklahoma City, OK  73118-116
Telephone: (405) 842.2475
Fax:  (405) 842.5748

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 26, 2010, I eletronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Melvin R. McVay, Jr., OBA No. 06096
Shannon K. Emmons, OBA No. 14272
Catherine L. Campbell, OBA No. 14689
**PHILLIPS MURRAH P.C.**
Corporate Tower/Thirteenth Floor
101 North Robinson
Oklahoma City, OK  73102
Telephone:    (405) 235-4100
Facsimile:     (405) 235-4133
Email:mrmcvay@phillipsmurrah.com
    skemmons@phillipsmurrah.com
    clcampbell@phillipsmurrah.com

Attorneys for Plaintiffs

**s/ Alan L. Rupe_____ _____**
Alan L. Rupe
OBA No. 20440