# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| H. THOMAS MORAN, II, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | NO. CIV-10-0393-HE |
| | ) | |
| AVON CAPITAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Although it is arguably unnecessary in light of counsel's firm maintaining an office in Oklahoma City and counsel's membership in the bar of this court, the motion of defendant for relief from LCvR 83.3(a) [Doc. #8] is, in any event, **GRANTED**. Defendant may appear through Mr. Rupe without appearance by other counsel.

**IT IS SO ORDERED**.

Dated this 27th day of May, 2010.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE