# EXHIBIT 10

## Kim Hinkle

**From:** Andrew Terrell [andrew.terrell@gmcadvisors.com]
**Sent:** Thursday, April 08, 2010 1:41 PM
**To:** Kim Hinkle
**Subject:** RE: SDM and Lydia
**Attachments:** image001.jpg; image002.jpg; image003.jpg

Call you at 3.15pm – wire on route!

*Andrew Terrell*
*Blackthorne Acquisition Group, LLC*
*300 First Stamford Place,*
*Suite 201,*
*Stamford,*
*CT 06902*

(203) 425 4500 ext 241 office
(646) 675 4910 mobile
andrew.terrell@gmcadvisors.com
aterrell312@aol.com

---

**From:** Kim Hinkle [mailto:khinkle@theasg.net]
**Sent:** Thursday, April 08, 2010 11:56 AM
**To:** Andrew Terrell; Don Trudeau
**Cc:** 'Tom Moran'
**Subject:** SDM and Lydia
**Importance:** High

We have not received funds for SDM nor the documents for Lydia. I really need an update for both. Thanks.



Kimberly D. Hinkle
General Counsel
Asset Servicing Group, LLC
The Heritage Group Agency, Inc.
521 W. Wilshire Blvd.
Oklahoma City, Oklahoma 73116
405-753-9100 ext. 502 (office)

ASG - Relax. We've Got It™

*ASG is a Proud Member of*
**ILMA** Institutional Life Markets Association
LIFE INSURANCE SETTLEMENT ASSOCIATION

Legally privileged/confidential information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to email or messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of Asset Servicing Group, LLC shall be understood as neither given nor endorsed by it.

Moran 0000648