**Janoski, Jason M.**

**From:** Janoski, Jason M.
**Sent:** Wednesday, October 06, 2010 6:00 PM
**To:** skemmons@phillipsmurrah.com
**Subject:** Moran v. Avon Capital LLC

Ms. Emmons,

    Can you offer the names of two or three more mediators you propose as well as several proposed dates for mediation?

    Thank you,

**Jason Janoski**
Attorney
Kutak Rock LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
316.609.7910 (direct)
316.630.8021 (fax)
jason.janoski@kutakrock.com
Admitted in Kansas



EXHIBIT 3

1