**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

# A D R   REPORT
File Electronically at ADR Documents - ADR Report by Mediator/ Evaluator

_____

**Case Number and Name:** CIV - _____

**Name of Mediator or Evaluator:** _____

**TYPE OF ADR: (check one)**     ____ **Mediation**     ____ **Early Neutral Evaluation**

**ADR Session Held or to be Held (date):** _____

**Additional Session Held, if any (date):** _____

**Results of Referral to ADR:**

___Case settled **before** ADR       ___Case did **not** settle

___Case settled **at** ADR session   ___Case will not be heard - Reason: _____

___Case settled in part - Explain    ___Other _____

_____

___**Counsel were requested to notify court if case settled or settled in part and to file the appropriate pleadings.**

Did neutral serve pro bono?   ___yes or   ___no  (check one).

Status of litigation when ADR occurred (e.g. ___TRO, ___pre-discovery, ___partial discovery, ___full discovery,

___ Trial preparation commenced, ___other_____ (check one)

Length of ADR session:_____

Dated:_____

  s/_____         **Or**   s/_____
Mediator/Evaluator  (Attorney Bar #           )        Mediator (Non-attorney - I certify that I have the signed original of
                                                        this document, which is available for inspection at any time
                                                        by the Court or a party to this action.)

**(ATTENTION NEUTRAL: This form is to be FILED ELECTRONICALLY by the neutral immediately upon the conclusion of the ADR. This form must be completed and filed even if the session did not occur or the neutral is serving privately for any case pending in this Court.  Additional forms may be retrieved from the Court's website at www.okwd.uscourts.gov).**

**ONLY THE NEUTRAL IS TO FILE THIS FORM**
**Any Notes or other information concerning this case that is not to be filed, please send separately to ADR ADMINISTRATOR % Court Clerk, U.S. Courthouse, Room 1210, 200 N. W. 4th Street, Oklahoma City, OK  73102.**

Rev. 5/1/04