### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) H. THOMAS MORAN, II,<br>2) JANE M. MORAN,<br><br>     Plaintiffs,<br><br>v.<br><br>1) AVON CAPITAL, LLC, a Wyoming<br>  Limited Liability Corporation,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-10-393-HE<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiffs, H. Thomas Moran, II and Jane M. Moran, together with Defendant Avon Capital, LLC, and hereby file this Stipulation of Dismissal Without Prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), dismissing this action without prejudice as to refiling, with each party to bear its own attorney fees and costs.

                 Respectfully submitted,

                 *s/ Shannon K. Emmons*
                 Melvin R. McVay, Jr., OBA No. 06096
                 Shannon K. Emmons, OBA No. 14272
                 Catherine L. Campbell, OBA No. 14689
                 ***Attorneys for Plaintiffs H. Thomas Moran, II***
                 ***and Jane M. Moran***
                 PHILLIPS MURRAH P.C.
                 Corporate Tower / Thirteenth Floor
                 101 North Robinson
                 Oklahoma City, OK  73102
                 Telephone:   (405) 235-4100
                 Facsimile:   (405) 235-4133
                 Email:   mrmcvay@phillipsmurrah.com
                     skemmons@phillipsmurrah.com
                     clcampbell@phillipsmurrah.com

- 2 -

        *s/ Alan L. Rupe*
        (signed by filing counsel with permission)
        Alan L. Rupe, OBA No. 20440
        (admitted pro hac vice)
        KUTAK ROCK LLP
        1605 N. Waterfront Pkwy., Suite 150
        Wichita, KS 67206
        Email:  alan.rupe@kutakrock.com

00538546.DOC